## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00199-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSE GERARDO VILLEGAS-TARIN,

    Defendant.

---

## MOTION FOR PRODUCTION
---

COMES NOW the defendant, Jose Gerardo Villegas-Tarin, by and through his undersigned counsel, and, pursuant to FED.R.CRIM.P. 16 and the Local Rules of Practice of this Court, respectfully requests that the Court enter an order calling for the government's production of the materials identified in paragraphs 1 - 3, hereinbelow:

    1.    All agents' notes and drafts of memoranda, including in particular those from which Memoranda of Interviews were generated, and those relative to third-party contacts by the agents.  Please see Internal Revenue Manual, I.R.M. 9.4.5.7.4.3 and 9.4.5.9.3; *viz.,* in pertinent part:

> Handwritten notes made by a special agent during an interview and used as the basis for a more detailed memorandum or report may be subject to inspection by a court and should be preserved and retained in the investigative file.  (I.R.M. 9.4.5.7.4.3)

    \*    \*    \*

1

> The special agent will preserve notes made substantially contemporaneous to interviews of the subject or prospective witnesses and which are used in the preparation of a memorandum of interview, affidavit, or other similar reports. The original notes will be retained in the investigative file. The notes should contain the date of the interview and the initials of their maker in the right corner. (I.R.M. 9.4.5.9.3)

2. Relative to "tax loss" and possible court-ordered "restitution", all documentation evidencing the United States' efforts to assess and collect offsetting amounts from those taxpayers whose respective individual (Forms 1040) tax liabilities (Forms 4549; Income Tax Examination Changes) are believed by the United States to underly a "tax loss" of $185,128. In that connection, the Court's attention is respectfully referred to *United States v. Horn*, 13-CR-00519 (D.Md. 2015); *United States v. Smith,* 398 F.App'x 942 (4th Cir. 2010); *United States v. Cadet,* 664 F.3d 27 (2nd Cir. 2009); *United States v. Varrone,* 554 F.3d 327 (2nd Cir. 2009); *United States v. Al-Suqi,* 2013 WL 5755613 (ED.VA 2013)); and,

3. Evidence of compensation (fees, salary, and other payments) received by the defendant from, and/or in conjunction with, The Maningo Group Intl, LLC, a/k/a The Mile High Group, Inc., and/or its owner(s) (including Rom Maningo), specifically incident to the services performed giving rise to the above-referenced underlying "tax loss".

Earlier today, counsel attempted (*via*, both, voice-mail and e-mail, attaching a draft of the motion) to reach Assistant United States Attorney, J. Chris Larson, to ascertain his position with respect to the motion. Just prior to the close of business, Mr. Larson contacted the undersigned, *via* e-mail, noting his objection to it.

WHEREFORE, it is respectfully requested that the Court enter an order requiring that the United States produce all of the foregoing, and for such other and further relief as to the Court might seem just and proper.

DATED at Denver, Colorado this 24th day of June, 2016

Respectfully submitted,

By:   s/ Joseph H. Thibodeau
Joseph H. Thibodeau
JOSEPH H. THIBODEAU, P.C.
155 South Madison Street, Suite 209
Denver, CO 80209
Telephone: (303)320-1250
Facsimile: (303)320-1577
Email: law1@taxlit.com
Attorneys for Defendant Jose Gerardo Villegas-Tarin

## CERTIFICATE OF SERVICE

I certify that on this 24th day June, 2016, I electronically filed the foregoing **MOTION FOR PRODUCTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

    J. Chris Larson, Esq.
    Assistant United States Attorney
    United States Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado  80202
    J.Chris.Larson@usdoj.gov

                                                  s/ Joseph H Thibodeau