## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00199-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSE GERARDO VILLEGAS-TARIN,

    Defendant.

## DEFENDANT'S MOTION FOR A VARIANT SENTENCE

COMES NOW defendant, Jose Gerardo Villegas-Tarin, by and through his undersigned counsel, and, pursuant to F.R.C$_{RIM}$.P. 32, D.C.COLO.LCrR 32.1, and 18 U.S.C. § 3553(a), respectfully moves for a variant sentence of probation with conditions attached.

In support thereof, defendant submits his Memorandum in Support, filed herewith.

Respectfully submitted this 6th day of October, 2016

                                       **JOSEPH H. THIBODEAU, P.C.**

                            By:    s/Joseph H. Thibodeau
                                       Joseph H. Thibodeau
                                       155 South Madison Street, #209
                                       Denver, CO 80209
                                       (303)320-1250
                                       (303)320-1577 (Facsimile)
                                       law1@taxlit.com

CERTIFICATE OF SERVICE

    I certify that on this 6th day October, 2016, I electronically filed the foregoing **DEFENDANT'S MOTION FOR A VARIANT SENTENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

    J. Chris Larson, Esq.
    Assistant United States Attorney
    United States Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado  80202
    J.Chris.Larson@usdoj.gov

                                        s/ Joseph H Thibodeau